This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## Crystal Chavez v. Old Navy, LLC

| Case Number | 06C01-2107-CT-000978 |
| --- | --- |
| Court | Boone Circuit Court |
| Type | CT - Civil Tort |
| Filed | 07/30/2021 |
| Status | 07/30/2021 , Pending  (active) |

## Parties to the Case

Defendant   Old Navy, LLC

Address
c/o CT Corporation System
334 North Senate Avenue
Indianapolis, IN 46204

Attorney
Dominique N. Nelson
*#3153253, Lead, Retained*

Kopka Pinkus Dolin, PC
550 Congressional Blvd
Suite 310
Carmel, IN 46032
317-818-1360(W)

Attorney
Dominique N. Nelson
*#3153253, Retained*

Kopka Pinkus Dolin, PC
550 Congressional Blvd
Suite 310
Carmel, IN 46032
317-818-1360(W)

Attorney
Leslie B Pollie
*#2571649, Retained*

Kopka Pinkus Dolin PC
550 Congressional Blvd., Suite 310
Carmel, IN 46032
317-818-1360(W)

Attorney
Leslie B Pollie
*#2571649, Retained*

Kopka Pinkus Dolin PC
550 Congressional Blvd., Suite 310
Carmel, IN 46032
317-818-1360(W)

Plaintiff      Chavez, Crystal
Attorney
James R. Hurt
*#3438589, Retained*

Ken Nunn Law Office
104 South Franklin Road
Bloomington, IN 47404
812-340-1546(W)

## Chronological Case Summary

07/30/2021   **Case Opened as a New Filing**

| 07/30/2021 | **Complaint/Equivalent Pleading Filed** | |
|---|---|---|
| | Complaint for Damages | |
| | Filed By: | Chavez, Crystal |
| | File Stamp: | 07/30/2021 |

| 07/30/2021 | **Appearance Filed** | |
|---|---|---|
| | Appearance | |
| | For Party: | Chavez, Crystal |
| | File Stamp: | 07/30/2021 |

| 07/30/2021 | **Subpoena/Summons Issued** | |
|---|---|---|
| | Summons to Old Navy, LLC | |
| | Party: | Chavez, Crystal |
| | File Stamp: | 07/30/2021 |

| 08/26/2021 | **Service Returned Served (E-Filing)** | |
|---|---|---|
| | Return of Service on Old Navy LLC | |
| | Filed By: | Chavez, Crystal |
| | File Stamp: | 08/26/2021 |

| 08/27/2021 | **Appearance Filed** | |
|---|---|---|
| | Appearance | |
| | For Party: | Old Navy, LLC |
| | File Stamp: | 08/27/2021 |

| 08/27/2021 | **Motion Filed** | |
|---|---|---|
| | Motion for Extension of Time | |
| | Filed By: | Old Navy, LLC |
| | File Stamp: | 08/27/2021 |

| 08/30/2021 | **Order Granting Motion for Enlargement of Time** | |
|---|---|---|
| | Judicial Officer: | Schein, Lori N. |
| | Order Signed: | 08/30/2021 |

| 08/31/2021 | **Automated ENotice Issued to Parties** | |
|---|---|---|
| | Order Granting Motion for Enlargement of Time ---- 8/30/2021 : Dominique N. Nelson;James R. Hurt;Leslie B Pollie | |

| 09/03/2021 | **Motion Filed** | |
|---|---|---|
| | Motion for Trial Date | |
| | Filed By: | Chavez, Crystal |
| | File Stamp: | 09/03/2021 |

| 09/03/2021 | **Motion Filed** | |
|---|---|---|
| | Motion for Mediation | |
| | Filed By: | Chavez, Crystal |
| | File Stamp: | 09/03/2021 |

| 09/03/2021 | **Motion Filed** | |
|---|---|---|
| | Motion for Pre-trial Conf | |
| | Filed By: | Chavez, Crystal |
| | File Stamp: | 09/03/2021 |

## Financial Information

**\*** Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

### Chavez, Crystal
Plaintiff

### Balance Due (as of 09/03/2021)
**0.00**

### Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

### Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 07/30/2021 | Transaction Assessment | 157.00 |
| 07/30/2021 | Electronic Payment | (157.00) |

| |
|---|
| This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record. |

Case 1:21-cv-02390-TWP-MG   Document 1-7 CT-000978 03/21   Page 5 of 21 PageID #: 79

06D01-2107-CT-000978

Boone Circuit Court

Filed: 7/30/2021 3:06 PM
Clerk
Boone County, Indiana

STATE OF INDIANA          )           IN THE BOONE CIRCUIT COURT
                           ) SS:
COUNTY OF BOONE         )           CAUSE NO.

CRYSTAL CHAVEZ

      VS.

OLD NAVY, LLC

## COMPLAINT FOR DAMAGES

Comes now the plaintiff, Crystal Chavez, by counsel, Ken Nunn Law Office, and for cause of action against the defendant, Old Navy, LLC, alleges and says:

1.     That on or about April 10, 2021, the plaintiff, Crystal Chavez, was a customer at the Old Navy store located at 6140 Mills Drive, Suite 800 in Whitestown, Boone County, Indiana.

2.     That on or about April 10, 2021, the plaintiff, Crystal Chavez, slipped and fell on the wet floor at said location, causing the plaintiff to suffer serious injuries.

3.     That it was the duty of the defendant to use ordinary care and diligence to keep and maintain the said premises in a condition reasonably safe for its intended uses and free from all defects and conditions which would render the premises dangerous and unsafe for plaintiff, or present an unreasonable risk of harm to plaintiff in her lawful use of same.

4.     That it was the duty of the defendant to exercise reasonable care to protect plaintiff, by inspection and other affirmative acts, from the danger of reasonably foreseeable injury occurring from reasonably foreseeable use of said premises.

5.     That it was the duty of the defendant to have available sufficient personnel and equipment to properly inspect and maintain the aforesaid premises in a condition reasonably safe for plaintiff and free from defects and conditions rendering the premises unsafe.

6.     That it was the duty of the defendant to warn plaintiff of the dangerous and unsafe condition existing on said premises.

7.     That the defendant knew or should have known of the unreasonable risk of danger to the plaintiff but failed either to discover it or to correct it after discovery.

-2-

8.      That the fall and resultant permanent injuries of plaintiff were caused by the negligence of the defendant who failed to utilize reasonable care in the inspection and maintenance of said premises.

9.      That the aforesaid acts of negligence on the part of the defendant were the proximate cause of the injuries sustained by the plaintiff.

10.     That the plaintiff has incurred medical expenses and other special expenses, and will incur future medical expenses, lost wages and other special expenses, as a direct and proximate result of defendant's negligence.

WHEREFORE, the plaintiff demands judgment against the defendant for permanent injuries in a reasonable amount to be determined at the trial of this cause, for medical expenses and other special expenses, for future medical expenses, lost wages and other special expenses, court costs, and all other proper relief in the premises.

KEN NUNN LAW OFFICE

BY:    *s/ Jim Hurt*
       Jim Hurt, #34385-89
       KEN NUNN LAW OFFICE
       104 South Franklin Road
       Bloomington, IN  47404
       Phone: (812) 332-9451
       Fax: (812) 331-5321
       E-mail: jamesh@kennunn.com

**REQUEST FOR TRIAL BY JURY**

Comes now the plaintiff, by counsel, Ken Nunn Law Office, and requests that this

matter be tried by jury pursuant to Trial Rule 38.

-3-

KEN NUNN LAW OFFICE


BY:    *s/ Jim Hurt*
             Jim Hurt, #34385-89
             KEN NUNN LAW OFFICE
             104 South Franklin Road
             Bloomington, IN  47404
             Phone: (812) 332-9451
             Fax: (812) 331-5321
             E-mail: jamesh@kennunn.com

Jim Hurt, #34385-89
Ken Nunn Law Office
104 South Franklin Road
Bloomington, IN 47404
Telephone:  812-332-9451
Fax Number:   812-331-5321
Attorney for Plaintiff

Case 1:21-cv-02390-TWP-MG   Document 1-7   Filed 08/03/21   Page 8 of 21 PageID #: 72
06C01-2107-CT-000978
Boone Circuit Court
Filed: 7/30/2021 3:06 PM
Clerk
Boone County, Indiana

# APPEARANCE FORM (CIVIL)
## Initiating Party

| | | |
|---|---|---|
| | CAUSE NO: | |
| 1. | Name of first initiating party | Crystal Chavez<br>3640 Prairie View Circle, Apt G<br>Danville, IN  46122 |
| 2. | Telephone of pro se initiating party | NA |
| 3. | Attorney information (as applicable for service of process) | Jim Hurt #34385-89<br>Ken Nunn Law Office<br>104 South Franklin Road<br>Bloomington, IN  47404<br>PHONE:        812 332-9451<br>FAX:            812 331-5321<br>Email:  jamesh@kennunn.com |
| 4. | Case type requested | CT (Civil Tort) |
| 5. | Will accept FAX service | YES |
| 6. | Are there related cases | NO |
| 7. | Additional information required by State or Local Rules | |
| | Continuation of Item 1 (Names of initiating parties) | NAME:<br>NAME: |
| | Continuation of Item 3 (Attorney information as applicable for service of process) | |

 s/Jim Hurt
Attorney-at-Law
(Attorney information shown above.)

CIRCUIT/SUPERIOR COURTS FOR THE COUNTY OF BOONE
STATE OF INDIANA
COURTHOUSE, COURTHOUSE SQUARE
LEBANON, INDIANA 46052

Crystal Chavez

                  Plaintiff(s)

        VS.                      No.

Old Navy, LLC

                  Defendant(s)

## SUMMONS

The State of Indiana to Defendant: **Old Navy, LLC c/o CT Corporation System, 334 North Senate Avenue, Indianapolis, IN 46204**

You have been sued by the person(s) named "plaintiff" in the court stated above.

The nature of the suit against you is stated in the complaint which is attached to this document. It also states the demand which the plaintiff has made and wants from you.

You must answer the complaint in writing, by you or your attorney, within Twenty (20) days, commencing the day after you receive this summons, or judgment will be entered against you for what the plaintiff has demanded. You have twenty-three (23) days to answer if this summons was received by mail. **Such Answer Must Be Made In Court.**

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Date: 7/30/2021

                             CLERK, BOONE CIRCUIT/SUPERIOR COURTS

JIM HURT, #34385-89
ATTORNEY FOR PLAINTIFF
KEN NUNN LAW OFFICE
104 SOUTH FRANKLIN ROAD
BLOOMINGTON, IN 47404
TELEPHONE: (812) 332-9451

### ACKNOWLEDGMENT OF SERVICE OF SUMMONS

A copy of the above summons and a copy of the complaint attached thereto were received by me at _____ this ____ day of _____, 2021.

                             SIGNATURE OF DEFENDANT

PRAECIPE: I designate the following mode of service to be used by the Clerk.

XX      By certified or registered mail with return receipt to above address.

☐      By Sheriff delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode with some person of suitable age and discretion residing therein.

☐      By _____ delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode.

☐      By serving his agent as provided by rule, statute or valid agreement, to-wit:

                      KEN NUNN LAW OFFICE

                      BY: _s/ JIM HURT_____
                            ATTORNEY FOR PLAINTIFF

CERTIFICATE OF MAILING:  I certify that on the __ day of _____, 2021, I mailed a copy of this summons and a copy of the complaint to each of the defendant(s) by (registered or certified mail requesting a return receipt signed by the addressee only, addressed to each of said defendant(s) at the address(es) furnished by plaintiff.

Dated this __ day of _____, 2021.

_____
CLERK, BOONE CIRCUIT/SUPERIOR COURTS

**RETURN OF SERVICE OF SUMMONS BY MAIL:**  I hereby certify that service of summons with return receipt requested was mailed on the __ day of _____, 2021, and that a copy of the return of receipt was received by me on the __ day of _____, 2021, which copy is attached herewith.

_____
CLERK, BOONE CIRCUIT/SUPERIOR COURTS

**CERTIFICATE OF CLERK OF SUMMONS NOT ACCEPTED BY MAIL:**  I hereby certify that on the __ day of _____, 2021, I mailed a copy of this summons and a copy of the complaint to the defendant(s) by (registered or certified) mail, and the same was returned without acceptance this __ day of _____, 2021, and I did deliver said summons and a copy of the complaint to the Sheriff of Boone County, Indiana.

Dated this __ day of _____, 2021.

_____
CLERK, BOONE CIRCUIT/SUPERIOR COURTS

**RETURN OF SUMMONS:**  This summons came to hand on the __ day of _____, 2021, and I served the same on the __ day of _____, 2021.
      1.    By mailing a copy of the summons and complaint personally to _____ address _____.
      2.    By delivering a copy of summons and complaint personally to _____.
      3.    By leaving a copy of the summons and complaint at _____ t he dwelling house or usual place of abode of
             defendant:_____(Na me of Person) and by mailing by first class mail a copy of the summons on the __ day
             of _____, 2021 to _____ h is last known address.
      4.    By serving his agent as provided by rule, statute or valid agreement to-wit:_____
          .
      5.    Defendant cannot be found in my bailwick and summons was not served.

And I now return this writ this __ day of _____, 2021.

_____
SHERIFF or DEPUTY

**RETURN ON SERVICE OF SUMMONS:**  I hereby certify that I have served the within summons:
      1.    By delivery on the __ day of _____, 2 021 a copy of this summons and a copy of the complaint to each of the within named
             defendant(s) _____
      2.    By leaving on the __ day of _____, 2 021 for each of the within named defendant(s)_____
             , a copy of the summons and a copy of the complaint at the respective dwelling house or usual place of abode with
             ____ a person of suitable age and discretion residing therein whose usual duties or activities include prompt communication of such
             information to the person served.
      3.    _____ a nd by mailing a copy of the summons without the
             complaint to _____ a t _____ t he last known address of defendant(s).

All done in Boone County, Indiana.

Fees:  $ _____

_____
SHERIFF or DEPUTY

Mailer: Ken Nunn Law Office

Date Produced: 08/09/2021

ConnectSuite Inc.:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 9403 8345 9066 25. Our records indicate that this item was delivered on 08/04/2021 at 10:32 a.m. in INDIANAPOLIS, IN 46204. The scanned image of the recipient information is provided below.

Signature of Recipient :



Address of Recipient :



Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

OLD NAVY LLC
C/O CT CORPORATION SYSTEM
334 NORTH SENATE AVENUE
INDIANAPOLIS, IN 46204

Customer Reference Number:       C2850552.16387930

Return Reference Number          CRYSTAL CHAVEZ

USPS MAIL PIECE TRACKING NUMBER:   420462049214890194038345906625

MAILING DATE:      08/03/2021

DELIVERED DATE:    08/04/2021

CUSTOM1:


MAIL PIECE DELIVERY INFORMATION:

OLD NAVY LLC
C/O CT CORPORATION SYSTEM
334 NORTH SENATE AVENUE
INDIANAPOLIS, IN 46204


MAIL PIECE TRACKING EVENTS:

| Date/Time | Event | Location |
|---|---|---|
| 08/02/2021 14:52 | PICKED UP | BLOOMINGTON,IN 47403 |
| 08/02/2021 17:14 | DEPART POST OFFICE | BLOOMINGTON,IN 47403 |
| 08/02/2021 22:55 | PROCESSED THROUGH USPS FACILITY | INDIANAPOLIS IN DISTRIBUTION CE 46206 |
| 08/03/2021 10:32 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | BLOOMINGTON,IN 47404 |
| 08/03/2021 19:17 | PROCESSED THROUGH USPS FACILITY | INDIANAPOLIS IN DISTRIBUTION CE 46206 |
| 08/04/2021 07:19 | ARRIVAL AT UNIT | INDIANAPOLIS,IN 46204 |
| 08/04/2021 07:30 | OUT FOR DELIVERY | INDIANAPOLIS,IN 46204 |
| 08/04/2021 10:32 | DELIVERED | INDIANAPOLIS,IN 46204 |

STATE OF INDIANA                    IN THE BOONE CICRCUIT COURT

COUNTY OF BOONE                     CAUSE NO.: 06C01-2107-CT-000978

CRYSTAL CHAVEZ

       Plaintiff,

v.

OLD NAVY, LLC

       Defendant.

## APPEARANCE BY ATTORNEYS UNDER TRIAL RULE 3.1

1.     The party on whose behalf this form is being filed is:  Responding

The undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

### OLD NAVY, LLC

2.     Attorney information for service as required by Trial Rule 5(B)(2):

| | |
|---|---|
| Dominique N. Nelson | Atty. No. 31532-53 |
| KOPKA PINKUS DOLIN PC | Telephone: 317-818-1360 |
| 550 Congressional Blvd., Suite 310 | Facsimile:  317-818-1390 |
| Carmel, IN 46032 | Email:  dnnelson@kopkalaw.com |
| | |
| Leslie B. Pollie | Atty. No. 25716-49 |
| KOPKA PINKUS DOLIN PC | Telephone: 317-818-1360 |
| 550 Congressional Blvd., Suite 310 | Facsimile:  317-818-1390 |
| Carmel, IN 46032 | Email:  lbpollie@kopkalaw.com |

3.     This is a civil tort case type as defined in administrative Rule 8(B)(3)

4.     I will accept service by:
      Fax at the above noted number:  NO
      Email at the above noted address:  YES

5.     This case involves child support issues:  NO

6.     This case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order:  NO

7.      This case involves a petition for involuntary commitment:  NO

8.      Are there related cases:  NO

9.      Additional information required by local rule:  NONE

10.     Are there other party members:  NO

11.     This form has been served on all other parties and Certificate of Service is attached:
        YES


                            Respectfully Submitted,

                            KOPKA PINKUS DOLIN PC


                            By: */s/Dominique N. Nelson*
                                Dominique N. Nelson (#31532-53)
                                Leslie B. Pollie (#25716-49A)
                                Attorney for Old Navy, LLC

                    <u>CERTIFICATE OF SERVICE</u>

        I hereby certify that on the 27th day of August, 2021, I electronically filed the foregoing
document using the Indiana E-Filing System (IEFS). I further certify that the following persons
were served on the same date using the IEFS:

        Jim Hurt
        KEN NUNN LAW OFFICE
        104 South Franklin Road
        Bloomington, IN 47404
        jamesh@kennunn.com



                            */s/Dominique N. Nelson*
                            Dominique N. Nelson

KOPKA PINKUS DOLIN PC
550 Congressional Blvd., Suite 310
Carmel, IN  46032
Tel:    (317) 818-1360
Fax:    (317) 818-1390
Email: dnnelson@kopkalaw.com

Filed: 8/27/2021 1:03 PM
Boone Circuit Court
Boone County, Indiana

STATE OF INDIANA                    IN THE BOONE CICRCUIT COURT

COUNTY OF BOONE                     CAUSE NO.: 06C01-2107-CT-000978

CRYSTAL CHAVEZ

      Plaintiff,

v.

OLD NAVY, LLC

      Defendant.

## DEFENDANT'S MOTION FOR EXTENSION OF TIME

Defendant, Old Navy, LLC, by and through counsel, Dominique N. Nelson of Kopka, Pinkus, Dolin PC, respectfully moves the Court for an extension of time to respond to the Plaintiff's Complaint for Damages, pursuant to Ind. Trial Rule 6(B)(1), and in support thereof, shows the Court as follows:

1.      Defendant Old Navy, LLC was served with a copy of the Complaint and Summons, via certified mail, on August 4, 2021.

2.      Defendant's responsive pleadings are therefore due for filing with this Court on August 27, 2021.  Such time has not yet expired.

3.      No prior extensions have been requested.

4.      Defendant and its undersigned counsel require an additional thirty (30) days to properly investigate the allegations in Plaintiff's Complaint, so that an adequate response may be formulated, prepared, and filed with the Court by counsel.

5.      Such enlargement of time shall expire on September 27, 2021.

6.      This motion is made in good faith and not for the purpose of delay.

WHEREFORE, Defendant Old Navy, LLC respectfully requests an extension of thirty (30) days, to, and including, September 27, 2021, to respond to Plaintiff's Complaint for Damages, and all other just and proper relief.

Respectfully Submitted,

KOPKA PINKUS DOLIN PC


By: */s/Dominique N. Nelson*
     Dominique N. Nelson (#31532-53)
     Attorney for Old Navy, LLC


<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 27th day of August, 2021, I electronically filed the foregoing document using the Indiana E-Filing System (IEFS). I further certify that the following persons were served on the same date using the IEFS:

Jim Hurt
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN 47404
jamesh@kennunn.com


     */s/Dominique N. Nelson*
     Dominique N. Nelson

KOPKA PINKUS DOLIN PC
550 Congressional Blvd., Suite 310
Carmel, IN  46032
Tel:   (317) 818-1360
Fax:   (317) 818-1390
Email: dnnelson@kopkalaw.com

STATE OF INDIANA                         IN THE BOONE CICRCUIT COURT

COUNTY OF BOONE                          CAUSE NO.: 06C01-2107-CT-000978

CRYSTAL CHAVEZ

     Plaintiff,

v.

OLD NAVY, LLC

     Defendant.

FILED

AUG 3 0 2021

Jessica J. Foats

CLERK BOONE COUNTY CIRCUIT COURT

### ORDER ON DEFENDANT'S MOTION FOR EXTENSION OF TIME

**THE COURT**, being duly advised in the premises, now **GRANTS** Defendant Old Navy,

LLC's Motion for Extension of Time to respond to Plaintiff's Complaint for Damages, up to, and

including September 27, 2021.

**SO ORDERED** this day _8/30/2024_.

JUDGE, Boone Circuit Court

Distribution via IEFS

1

Filed: 9/3/2021 12:40 PM
Boone Circuit Court
Boone County, Indiana

STATE OF INDIANA         )         IN THE BOONE CIRCUIT COURT
                           ) SS:
COUNTY OF BOONE       )         CAUSE NO. 06C01-2107-CT-000978

CRYSTAL CHAVEZ

     VS.

OLD NAVY, LLC

## MOTION FOR TRIAL DATE

Comes now the plaintiff, by counsel, Jim Hurt, and respectfully requests as follows:

1.     That this matter be set for jury trial.

2.     That the date be established by the Court at the telephonic pre-trial conference

that is being requested simultaneously with the filing of this Motion.

                Respectfully submitted,
                KEN NUNN LAW OFFICE

              BY:    */s/ Jim Hurt*_____
                     Jim Hurt, 34385-89
                     Attorney for Plaintiff, Crystal Chavez

## CERTIFICATE OF SERVICE

I hereby certify that I have mailed, personally delivered or filed electronically a copy of this motion to Dominique N. Nelson, Kopka Pinkus Dolin, 550 Congressional Boulevard, Suite 310, Carmel, IN  46032 on this 3 day of September, 2021.

              */s/ Jim Hurt*_____
              Jim Hurt, 34385-89
              Attorney for Plaintiff, Crystal Chavez

Jim Hurt, 34385-89
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN  47404
Telephone: (812) 332-9451
Fax:  (812)  331-5321

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE BOONE CIRCUIT COURT |
| | ) SS: | |
| COUNTY OF BOONE | ) | CAUSE NO. 06C01-2107-CT-000978 |

CRYSTAL CHAVEZ

    VS.

OLD NAVY, LLC

## **MOTION FOR MEDIATION ORDER**

      Comes now the plaintiff, by counsel, Jim Hurt, and respectfully requests that the Court enter an Order requiring the parties to mediate this case.

                    Respectfully submitted,
                    KEN NUNN LAW OFFICE

                    BY:   */s/ Jim Hurt*_____
                              Jim Hurt, 34385-89
                              Attorney for Plaintiff, Crystal B. Chavez

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have mailed, personally delivered or filed electronically a copy of this motion to Dominique N. Nelson, Kopka Pinkus Dolin, 550 Congressional Boulevard, Suite 310, Carmel, IN  46032,  on this 3 day of September, 2021.

                    */s/ Jim Hurt*_____
                    Jim Hurt, 34385-89
                    Attorney for Plaintiff, Crystal B. Chavez

Jim Hurt, 34385-89
Attorney for Plaintiff, Crystal B. Chavez
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN  47404
Telephone: (812) 332-9451
Fax:  (812) 331-5321

STATE OF INDIANA       )         IN THE BOONE CIRCUIT COURT

                               ) SS:

COUNTY OF BOONE       )         CAUSE NO. 06C01-2107-CT-000978

CRYSTAL CHAVEZ

       VS.

OLD NAVY, LLC

## MOTION FOR PRE-TRIAL CONFERENCE

Comes now the plaintiff, by counsel, Jim Hurt, and respectfully requests the Court

to set a telephonic pre-trial conference in this cause of action, in order to set appropriate

trial deadlines.

                         Respectfully submitted,
                         KEN NUNN LAW OFFICE

               BY:    */s/ Jim Hurt*
                         Jim Hurt, 34385-89
                         ATTORNEY FOR PLAINTIFF, Crystal B. Chavez

## CERTIFICATE OF SERVICE

I hereby certify that I have mailed, personally delivered or filed electronically a copy of this motion to Dominique N. Nelson, Kopka Pinkus Dolin, 550 Congressional Boulevard, Suite 310, Carmel, IN 46032 on this 3 day of September, 2021.

                         */s/ Jim Hurt*
                         Jim Hurt, 34385-89
                         Attorney for Plaintiff, Crystal B. Chavez

Jim Hurt, 34385-89
Attorney for Plaintiff, Crystal B. Chavez
Ken Nunn Law Office
104 South Franklin Road
Bloomington, IN 47404
Telephone: (812) 332-9451
Fax: (812) 331-5321